**Hoa CAO; Sengkeo Chemdasak; Phuong Doan; Thoai Hang; Khamsouk Inthavoung; Kim Hoeun Kong; Phuong Le; Quang Vinh Le; Si Dung**

---

* The Honorable Donald P. Lay, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

Le; Sochetra Luc; Moc Van Nguyen; Toan Nguyen; Sia Phu; Khang Quach; Thon Sang; Abroad Sany; Vonekham Thongprachanh; Duc Van Tran; Khanh Truong; Somsy Ale Vilaysane; Dong Van Vo; Luan Quan Vu; Moua Yang, Petitioners–Appellants,

v.

UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE; Adele J. Fasano, Dist. Director, Respondents–Appellees.

No. 02–55787.

D.C. No. CV–00–01991–JAH.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 4, 2003.

Decided April 4, 2003.

Before LAY,* HAWKINS, and TALLMAN, Circuit Judges.

MEMORANDUM**

This case asks us to review the authority of INS to require monetary bonds as a condition of the release of non-removable aliens. This court recently held that INS has the authority to require such a bond under 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5. *Doan v. INS*, 311 F.3d 1160, 1162 (9th Cir.2002). We find *Doan* dispositive.

---

\* The Honorable Donald P. Lay, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

\*\* *This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.*

As such, the district court did not err in refusing to order the return of the bonds.

The judgment of the district court is hereby AFFIRMED. We also deny the Petitioners' request for further briefing on the application of *Doan.*

---

\* The Honorable Donald P. Lay, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

\*\* *This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.*